IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SCOTT ENDICOTT**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17 C 3792 |
| ) | |
| **ILLINOIS DEPARTMENT OF** ) | |
| **CORRECTIONS**, et al., ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM ORDER

On May 25, 2017 this Court entered an order designating District Court trial bar member LeRoy Cross, Jr. as counsel to represent prisoner plaintiff Scott Endicott ("Endicott") in this 42 U.S.C. § 1983 action originally filed pro se by Endicott. This memorandum order will deal with Endicott's obligation to pay the $350 filing fee in accordance with 28 U.S.C. § 1915 ("Section 1915").

Endicott's In Forma Pauperis Application (the "Application"), which was received in the Clerk's Office on June 7, 2017 but which calls for a Section 1915 calculation for the six months ended May 31 under the "mailbox rule" prescribed by Houston v. Lack, 487 U.S. 266 (1988), reflects an average monthly deposit (see Section 1915(b)(1)(A)) of $200.73, 20% of which (id.) amounts to $40.14. Accordingly Endicott is assessed an initial partial filing fee of $40.14, and the Menard Correctional Center ("Menard") trust fund officer is ordered to collect that amount from Endicott's trust fund account there and to pay it directly to the Clerk of Court ("Clerk"):

        Office of the Clerk
        United States District Court
        219 South Dearborn Street
        Chicago IL 60604
        Attention: Fiscal Department.

After such payment the trust fund officer at Menard (or at any other correctional facility where Endicott may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid. Both the initial payment and all future payments shall clearly identify Endicott's name and the 17 C 3792 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to Menard's trust fund officer.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 19, 2017