043849/19344/MHW/MEL/SLB

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT ENDICOTT,<br><br>                Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC.,<br>SALEH OBAISI, M.D., ANNA McBEE,<br>MORGAN HUDSON, and RANDY PFISTER,<br><br>                Defendants. | Case Number 17 cv 3792<br><br>Hon. Judge Robert W. Gettleman |

## NOTICE OF MOTION

To:    See Attached Service List

      PLEASE TAKE NOTICE that on **August 15, 2018**, at **9:15 a.m.**, or as soon thereafter as counsel may be heard we shall appear before the Honorable Judge Robert W. Gettleman, **Room 1703**, Judge of the U.S. District Court of Illinois, 219 S. Dearborn Street, Chicago, Illinois, on or before any other Judge who may be hearing his call of Motions, on that day in his place and stead and shall then and there present the attached **Defendants' Unopposed Motion for Entry of Qualified Protective Order Pursuant to HIPAA**, a copy of which is herewith served upon you.

                                                Respectfully submitted,

                                                CASSIDAY SCHADE LLP

                                                By: s/Sandra L. Byrd
                                                    One of the Attorneys for Defendant,
                                                    WEXFORD HEALTH SOURCES, INC., and
                                                      GHALIAH OBAISI, as the Independent Executor
                                                      of the ESTATE OF SALEH OBAISI, M.D

Sandra L. Byrd
ARDC No. 6237865
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
sbyrd@cassiday.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2018 I electronically filed the foregoing document with the clerk of the court for Northern District, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

Dated: August 8, 2018                                                    By: s/Sandra L. Byrd

Sandra L. Byrd
ARDC No. 6237865
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
sbyrd@cassiday.com

8913605 SBYRD;JFABRY